811 A.2d 458

JOHN RECK AND BARBARA RECK, PLAINTIFFS–APPELLANTS, v. DIRECTOR, DIVISION OF TAXATION, DEFENDANT–RESPONDENT.

Argued December 2, 2002—Decided December 19, 2002.

*Charles M. Costenbader,* argued the cause for appellants (*McCarter & English,* attorneys; *Michael A. Guariglia* and *Margaret C. Wilson,* on the briefs).

*Patrick DeAlmeida,* Deputy Attorney General, argued the cause for respondent (*David Samson,* Attorney General of New Jersey, attorney; *Michael J. Haas,* Assistant Attorney General, of counsel).

PER CURIAM.

The judgment is affirmed, substantially for the reasons expressed in Judge Stern's opinion of the Appellate Division, reported at 345 *N.J.Super.* 443, 785 *A.*2d 476 (2001).

LONG and VERNIERO, JJ., dissenting.

We would reverse the judgment of the Appellate Division substantially for the reasons expressed in the opinion of the Tax Court. *Reck v. Director, Div. of Taxation,* 18 *N.J.Tax* 598 (Tax 2000).

For affirming—Chief Justice PORITZ and Justices COLEMAN, LaVECCHIA, ZAZZALI and ALBIN—5.

For reversing—Justices LONG and VERNIERO—2.